In the Matter of the Intermediate Accounting of the SECURITY TRUST COMPANY OF ROCHESTER, as Trustee under a Declaration of an Express Trust Made and Executed by CHARLES M. THOMS and Others. JANET T. INGERSOLL, Appellant; SECURITY TRUST COMPANY OF ROCHESTER, Respondent.—

Present — Del Vecchio, J. P., Marsh, Witmer and Bastow, JJ.